NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

NO. 04-1091

JUDY S. PRITCHARD, ET AL.

VERSUS

AMERICAN INTERNATIONAL
SOUTH INSURANCE CO., ET AL.

************

APPEAL FROM THE
TWENTY-EIGHTH JUDICIAL DISTRICT COURT,
PARISH OF LASALLE, NO. 32,592,
HONORABLE ALFRED A. MANSOUR, DISTRICT JUDGE

************

JIMMIE C. PETERS
JUDGE

************

Court composed of Oswald A. Decuir, Jimmie C. Peters, and Glenn B. Gremillion, Judges.

AFFIRMED.

Howard N. Nugent, Jr.
Attorney at Law
330 St. James Street
Post Office Box 1309
Alexandria, LA  71301-1309
(318) 445-3696
COUNSEL FOR PLAINTIFF/APPELLANT:
        Judy S. Pritchard

Gina B. Tuttle
Guglielmo, Lopez, Tuttle, Hunter & Jarrell
Post Office Drawer 1329

**Opelousas, LA  70571**
**(337) 948-8201**
**COUNSEL FOR DEFENDANTS/APPELLEES:**
   **James Strong**
   **Easy Way, Inc.**